UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| RICHARD R. SWAIN, | ) |
| Plaintiff, | ) |
| vs. | ) No. 1:06-cv-1829-DFH-JMS |
| KNIGHT TRANSPORTATION, INC., et al., | ) |
| Defendants. | ) |

ORDER OF REMAND

The court, having this day made its Entry directing the remand of this action,

**IT IS NOW ADJUDGED AND DECREED** that the claims under Indiana state law in No. 49D11-0612-PL-048684 are **remanded** to the Marion Superior Court.

Date: 6/19/2007

Laura Briggs, Clerk
United States District Court

DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana

By: Deputy Clerk

Distribution:

Charles L. Chester
RYLEY CARLOCK & APPLEWHITE
cchester@rcalaw.com

John T. Neighbours
BAKER & DANIELS
jtneighb@bakerd.com

Erin O. Sweeney
RYLEY CARLOCK & APPLEWHITE
esweeney@rcalaw.com

Tareen Zafrullah
BAKER & DANIELS
tareen.zafrullah@bakerd.com

Richard R. Swain
4942 West Raymond Street
Indianapolis, IN 46241